# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: August 10, 2022

Mr. Christopher David Wiest
Law Office
25 Town Center Boulevard
Suite 104
Crestview Hills, KY 41017

Re: Case No. 21-3466, *Eric Kohler v. Cty of Cincinnati, OH, et al*
Originating Case No. : 1:20-cv-00889

Dear Counsel,

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Roy G. Ford
Case Manager
Direct Dial No. 513-564-7016

cc: Mr. Thomas Bernard Bruns
    Ms. Amber Trzinski Fox
    Mr. William Christopher Hicks
    Mr. Brant Levine
    Mr. Mark Robert Manning
    Mr. Richard W. Nagel
    Mr. Nicolas Y. Riley
    Ms. Emily Elizabeth Woerner

Enclosure

No mandate to issue

Case No. 21-3466

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

ERIC KOHLER, On behalf of himself and all others similarly situated,

    Plaintiff - Appellant

v.

CITY OF CINCINNATI, OH; MAYOR JOHN CRANLEY; UNITED STATES OF AMERICA,

    Defendants - Appellees

 and

UNKNOWN DEFENDANTS 1-10,

    Defendant


BEFORE:  MOORE, GILMAN, and KETHLEDGE, Circuit Judges.

   The panel grants the motion to dismiss the appeal pursuant to Federal Rule of Appellate Procedure 42(b).

                                        **ENTERED BY ORDER OF THE COURT**
                                        Deborah S. Hunt, Clerk

Issued: August 10, 2022