## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### (Western Division at Cincinnati)

| | | |
|---|---|---|
| **ERIC KOHLER** | : | Case No. 1:20-CV-00889 |
| Plaintiff | : | |
| v. | : | |
| **CITY OF CINCINNATI, et. al.** | : | |
| Defendants | : | |

### ORDER DISMISSING AND RETAINING JURISDICTION

The matter, being fully compromised and settled, this matter is hereby dismissed with prejudice; however, the Court expressly shall retain jurisdiction over any the enforcement of the parties' settlement agreement and retain the ability to enter any orders related to same. *Futernick v. Sumpter Townsh*ip, 207 F.3d 305, 310 (6th Cir. 2000).

IT IS SO ORDERED:

_____

Have seen and agree:

/s/Christopher Wiest                                                    /s/William Hicks
*Counsel for the Plaintiff*                                              *Counsel for Defendants*